5

United States District Court
Southern District of Texas
ENTERED
AUG 27 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
AUG 25 1998
Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

| | | |
|---|---|---|
| DETH A. SIHAKHOM | § § | |
| VS. | § § | CIVIL ACTION NO. B-96-224 |
| THE ATTORNEY GENERAL OF THE U.S.; E.M. TROMINSKI, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE | § § § § | |

## ORDER OF DISMISSAL

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of July 14, 1997 should be **ADOPTED**.

This case is **DISMISSED**.

DONE at Brownsville, Texas on this 25 day of August 1998.

_____
Hilda G. Tagle
United States District Judge